UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARTIN L. GOSS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:24-cv-165-KAC-JEM ) |
| SECURITAS SECURITY SERVICES USA, INC., ET AL, | ) ) ) |
| Defendants. | ) ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This civil case is before the Court on United States Magistrate Judge Jill E. McCook's "Report and Recommendation" ("Report") entered on August 20, 2024 [Doc. 10]. On April 10, 2024, pro se Plaintiff Martin L. Goss filed a Complaint [Doc. 1] and "Application for Leave to Proceed in Forma Pauperis with Supporting Documentation" [Doc. 2], seeking to sue Defendants Securitas Security Services USA Inc. and Verizon, among others, for alleged violations [Doc. 1 at 3]. On April 12, 2024, after concluding that the Complaint failed to comply with Federal Rule of Civil Procedure 8, Judge McCook permitted Plaintiff "to amend his Complaint in light of his pro se status" rather than "recommending dismissal" [Doc. 7 at 2]. Plaintiff filed an Amended Complaint [Doc. 9] against Defendants Securitas and Verizon only [*See* Doc. 9 at 2]. Judge McCook screened that Amended Complaint under the Prison Litigation Reform Act, 28 U.S.C. § 1915(e), in the Report [*See* Doc. 10 at 2].

The Report recommends that the Court "dismiss Plaintiff's claims under the Computer Fraud and Abuse Act of 1986," 42 U.S.C. § 1985(3), the Fourth Amendment, and 18 U.S.C. § 241, "but allow his employment discrimination claims to proceed" [*See* Doc. 10 at 10]. No Party

objected to the Report, and the time to do so has passed [*See id.* at n. 10 (providing fourteen (14) days to file any objections to the Report)]. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

Having reviewed the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 10] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2). Under 28 U.S.C. § 1915(e), the Court **DISMISSES** Plaintiff's claims under the Computer Fraud and Abuse Act of 1986, 42 U.S.C. § 1985(3), the Fourth Amendment, and 18 U.S.C. § 241. But Plaintiff's claims for employment discrimination may proceed.

The Clerk **SHALL** send Plaintiff service packets (a blank summons and USM 285 form) for Defendants Securitas Security Services, USA, Inc. and Verizon. Plaintiff **SHALL** complete the service packets and return them to the Clerk's Office **by September 30, 2024.** Upon receipt, the Clerk will sign and seal the summons and forward them to the U.S. Marshal for service. *See* Fed. R. Civ. P. 4(c)(3). **If Plaintiff fails to timely return complete services packets for Defendants, the Court will dismiss this action under Rule 41(b) for failure to prosecute and comply with a Court order.** *See* Fed. R. Civ. P. 41(b).

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge